175 A.3d 149

## TROUBLEFIELD

v.

## PRINCE GEORGE'S COUNTY

**Pet. Docket No. 314, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 767, Sept.Term, 2016).

Petition for writ of certiorari denied

175 A.3d 149

## VANCE, Benjamin E.

v.

## STATE of Maryland

**Pet. Docket No. 298, Sept. Term, 2017**

Court of Appeals of Maryland.

December 15, 2017

Opinion of the Court of Special Appeals unreported (No. 1216, Sept.Term, 2016).

Petition for writ of certiorari denied